**James W. HUNT Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE,**
**Respondent.**

No. 05–3130.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2006.

Rehearing Denied March 7, 2006.

**Thomas J. COX, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR,**
**Respondent.**

No. 05–3171.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2006.

Before BRYSON, GAJARSA, and DYK, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

Before RADER, SCHALL, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.